**Opinion issued August 9, 2022**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-22-00354-CV

———————————

## IN RE SUN COAST RESOURCES, INC. AND LUIS ALMARAZ, RELATORS

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relators filed an unopposed motion to dismiss the petition for writ of mandamus because the parties have resolved their dispute.[1] Accordingly, we grant the motion and dismiss the petition for writ of mandamus as moot. *See In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) (orig. proceeding)

---

[1] The underlying case is *Perla Franco Hoyer v. Luis Almaraz and Sun Coast Resources, Inc.*, cause number 2020-68503, pending in the 157th District Court of Harris County, Texas, the Honorable Tanya Garrison presiding.

("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings.").

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Hightower.